| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Sage Ecoenterprises, LLC | Social Security number or ITIN  ____ |
| | First Name    Middle Name    Last Name | EIN   26–1281513 |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | Western District of North Carolina | |
| Case number: | 21–10072 | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- ♦ is discharged as Subchapter V trustee for the above–referenced debtor(s) and the bond is cancelled.
- ♦ The chapter 11 case of the above named debtor is closed.

Dated: January 26, 2023
BY THE COURT


George R. Hodges

United States Bankruptcy Judge


Electronically filed and signed (1/26/23)